8-13-2020

USA v. Dubarry
09CR680

Judge Kimball

I am requesting to be considered for reduction in Sentence/Compassionate release. On July 13, 2020 I wrote Warden Hemingway (See Attached) and never received a response to my request. I am also requesting that this Court appoint Counsel to assist me in my motion.

Thank You

Mark Dubarry 16476-081
FCI Milan
P.O. box 1000
Milan, MI 48160

Mark Dubarry